1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4  carol@yosemitelawyer.com

5  Attorney for Defendant,
   DONTIA ARRINGTON
6
                     UNITED STATES DISTRICT COURT
7
                     EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,         )    CASE NO. 1:18-cr-00219-DAD-BAM
                                      )
11                   Plaintiff,       )
                                      )    STIPULATION TO CONTINUE
12  vs.                               )    SENTENCING FROM JUNE 8, 2020
                                      )    UNTIL SEPTEMBER 14, 2020; AND
13                                    )    ORDER THEREON
                                      )
14  DONTIA ARRINGTON,                 )
                                      )    Date:   September 14, 2020
15                                    )    Time:  10:00 AM
                                      )    Judge: Hon. Dale A. Drozd
16                   Defendant.       )
    _____ )
17

18      **IT IS HEREBY STIPULATED** by and between the Defendant, DONTIA

19  ARRINGTON, his attorney of record, CAROL ANN MOSES, and Assistant United States

20  Attorney, JEFFREY SPIVAK, that the sentencing in the above-captioned matter currently

21  scheduled for June 8, 2020 at 10:00 AM be continued until September 14, 2020 at 10:00 AM.

22      Defense Counsel has a very busy litigation schedule in the coming months that is difficult

23  to stabilize due to various courts' changing policies and procedures in response to the COVID-19

24  pandemic. Continuing Mr. Arrington's Sentencing Hearing to September 14, 2020 would allow

25  for Defense Counsel's litigation schedule to become more predictable as COVID-19 will

26  hopefully subside later in the year.

27      Additionally, Mr. Arrington would prefer to remain at the Lerdo Pretrial Facility until the

28  dangers of COVID-19 lessen. Dontia Arrington has Type 2 diabetes. His blood sugar is tested

five times daily and he is receiving insulin injections four times daily. According to the Centers for Disease Control and Prevention, people with diabetes and suppressed immune systems may be at higher risk of getting very sick from COVID-19. Due to his age and health conditions, Mr. Arrington respectfully requests to postpone his Sentencing Hearing until later in the year to eliminate the risk of having to travel to a new facility in the interest of his safety.

Assistant United States Attorney Jeffrey Spivak is in agreement with this proposed continuance.

Mr. Arrington respectfully requests that the Court grant the continuance of his Sentencing Hearing from June 8, 2020 at 10:00 AM until September 14, 2020 at 10:00 AM.


Dated: May 1, 2020                                    */s/ Carol Ann Moses*
                                                       CAROL ANN MOSES
                                                       Attorney for Defendant,
                                                       DONTIA ARRINGTON



Dated: May 1, 2020                                    */s/ Jeffrey Spivak*
                                                       JEFFREY SPIVAK
                                                       Assistant United States Attorney



ORDER

GOOD CAUSE APPEARING, the above request to continue sentencing as to Defendant Dontia Arrington from June 8, 2020 at 10:00 AM to September 14, 2020 at 10:00 AM is hereby granted.

IT IS SO ORDERED.

Dated:   **May 1, 2020**                      _____
                                                       UNITED STATES DISTRICT JUDGE